David Leit
Lawrence Bluestone
**LOWENSTEIN SANDLER LLP**
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500

William A. Rakoczy (*pro hac vice*)
Deanne M. Mazzochi (*pro hac vice*)
Joseph T. Jaros (*pro hac vice*)
Yixin H. Tang (*pro hac vice*)
Neil B. McLaughlin (*pro hac vice*)
**RAKOCZY MOLINO MAZZOCHI SIWIK LLP**
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
312.527.4205

*Attorneys for Defendants Apotex Corp., Apotex Inc.
and Apotex Pharmachem Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| OTSUKA PHARMACEUTICAL CO., LTD., | |
|     Plaintiff, | |
|     v. | Civ. A. No. 14-cv-8074-JBS-KMW |
| APOTEX CORP., APOTEX INC., APOTEX PHARMACHEM INC., and HETERO LABS LTD., | *DOCUMENT ELECTRONICALLY FILED* |
|     Defendants. | **NOTICE OF MOTION TO SEAL** |

    Melissa Anne Chuderewicz
    Christopher P. Soper
    Brian Ronald Zurich
    **PEPPER HAMILTON, LLP**
    301 Carnegie Center
    Suite 400
    Princeton, New Jersey 08543

    *Attorneys for Plaintiffs Otsuka Pharmaceutical Co., Ltd.*

**PLEASE TAKE NOTICE** that on April 20, 2015 at 10:00 a.m. or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant Apotex Pharmachem Inc., shall move before the United States District Court for the District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Room 1050, Camden, NJ 08101, for an Order pursuant to Local Rule 5.3(c) sealing certain materials filed under temporary seal.

**PLEASE TAKE FURTHER NOTICE** that in support of its application, Defendant will rely upon the accompanying Declaration of Yixin H. Tang, Esq. in Support of Defendant Apotex Pharmachem Inc.'s Motion to Seal Confidential Materials Pursuant to L. Civ. R. 5.3(c).

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 7.1(d)(4), no supportive brief is required for this motion.

A proposed form Order is also submitted herewith for the Court's consideration.

Dated:  March 23, 2015                                      Respectfully submitted,

                                                                               APOTEX PHARMACHEM INC.

                                                      By: s/ David Leit

                                                          David Leit
                                                          (dleit@lowenstein.com)
                                                          Lawrence Bluestone
                                                          (lbluestone@lowenstein.com)
                                                          LOWENSTEIN SANDLER LLP
                                                          65 Livingston Avenue
                                                          Roseland, NJ 07068
                                                          Telephone: (973) 597-2340
                                                          Facsimile: (973) 597-2341

*Of Counsel*
William A. Rakoczy (pro hac vice)
Deanne M. Mazzochi (pro hac vice)
Joseph T. Jaros (pro hac vice)
Yixin H. Tang (pro hac vice)
Neil B. McLaughlin (pro hac vice)
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60654
Telephone: (312) 222-6301
Facsimile: (312) 222-6321

*Attorneys for Defendants Apotex Corp., Apotex Inc
and Apotex Pharmachem Inc.*