IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OTSUKA PHARMACEUTICAL CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> APOTEX CORP., APOTEX INC. and HETERO LABS LIMITED, <br><br> Defendants. | Civil Action No.: 1:14-cv-08074-JBS-KMW |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Rules 41(a) and 41(c) of the Federal Rules of Civil Procedure, Plaintiff Otsuka Pharmaceutical Co. Ltd. and Defendants Apotex Corp. and Apotex Inc., through their undersigned counsel of record, file this Stipulation And Order of Dismissal, as follows:

1. The Stipulation and Order dated May 5, 2015 (D.I. 109 and D.I. 110) is superseded by the parties' agreement resolving this matter and is therefore vacated.

2. This action and all claims and counterclaims brought herein, including against Apotex Pharmachem Inc., are dismissed without prejudice.

3. Each party will bear its own attorneys' fees and costs.

4. This Court will retain jurisdiction to enforce this Order and the parties' related agreements resolving this matter.

Date June 30, 2017				Respectfully submitted,

| | |
|---|---|
| s/ Melissa A. Chuderewicz<br>Melissa A. Chuderewicz<br>**PEPPER HAMILTON LLP**<br>*(A Pennsylvania Limited Liability Partnership)*<br>Suite 400<br>301 Carnegie Center<br>Princeton, New Jersey 08543-5276<br>(609) 452-4808<br>chuderem@pepperlaw.com<br><br>Of counsel:<br>James B. Monroe<br>Paul W. Browning<br>Eric J. Fues<br>Denise Main<br>FINNEGAN, HENDERSON,<br>FARABOW, GARRETT & DUNNER, LLP<br>901 New York Avenue, N.W.<br>Washington, DC 20001-4413<br>(202) 408-4000<br><br>*Attorneys for Plaintiff and*<br>*Counterclaim-Defendant*<br>*Otsuka Pharmaceutical Co., Ltd.* | s/ Michael S. Weinstein<br>Michael S. Weinstein<br>**COLE SCHOTZ P.C.**<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601<br>(201) 489-3000<br>mweinstein@coleschotz.com<br><br>Of counsel:<br>William A. Rakoczy<br>Joseph T. Jaros<br>Neil B. McLaughlin<br>Cynthia H. Sun<br>**RAKOCZY MOLINO MAZZOCHI SIWIK LLP**<br>6 West Hubbard Street, Suite 500<br>Chicago, IL 60654<br>(312) 527-2157<br><br>*Attorneys for Defendants and*<br>*Counterclaim-Plaintiffs Apotex Corp. and*<br>*Apotex Inc.* |

**ORDER**

**SO ORDERED:**

This __30th__ day of __June__, 2017

_____
JEROME B. SIMANDLE
UNITED STATES DISTRICT JUDGE

2